# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:25-CV-00935-KDB-DCK

| | |
|---|---|
| DANIEL LEE SOX JR., <br><br> Plaintiff, <br><br> v. <br><br> TRUIST BANK, <br><br> Defendant. | **MEMORANDUM AND ORDER** |

Plaintiff Daniel Lee Sox, Jr. and Defendant Truist Bank ("Truist") (collectively, the "Parties"), by and through their undersigned counsel, stipulate and agree as follows:

1. Plaintiff's claims against Truist relate to certain account transactions, as more particularly identified and described in Plaintiffs' complaint, and include alleged causes of action for violations of the Electronic Funds Transfers Act, common law conversion, and violation of the North Carolina Unfair and Deceptive Trade Practices Act.

2. Truist's counsel has contacted Plaintiff's counsel and provided a copy of the Bank Services Agreement applicable to Plaintiffs' accounts at Truist. A true and accurate copy of the Bank Services Agreement is attached as Exhibit A and incorporated in the parties' joint motion before the court.

3. The Bank Services Agreement incorporates a mutual arbitration agreement, which applies to the claims alleged in Plaintiff's complaint.

4. Based upon the Bank Services Agreement and the incorporated mutual arbitration agreement and the Federal Arbitration Act, 9 U.S.C. § 3, the parties agree that this action must be stayed, and Plaintiff's claims referred to arbitration.

1

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, for good cause shown and upon consent of Plaintiff and Defendant, that this action is stayed and Plaintiff's claims against Truist are referred to arbitration in accordance with the Bank Services Agreement and the incorporated mutual arbitration agreement. Plaintiff and Truist are hereby ordered to file an update to the status of this matter on or before August 10, 2026 and every 6 months thereafter.

SO ORDERED.

Signed: February 12, 2026

Kenneth D. Bell
United States District Judge